Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 APR 26 AM 11:19

DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT FOR

## THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re:<br><br>CLINTON J. SPILKER<br>CARRIE G. SPILKER<br><br>Debtor(s). | Case No. 09-31138<br>Chapter 7<br><br>Judge: WILLIAM T. THURMAN |
|---|---|

## DEPOSIT OF UNCLAIMED FUNDS

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and

hereby represents to the Court that:

_____ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

__x_ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
|---|---|---|
| 1 | Incontact<br>7730 S Union Park Ave., Ste 500<br>Midvale UT 84047 | 1.27 |
| 5 | Mountain Land Collections, Inc.<br>P. O. Box 1280<br>American Fork, UT 84003-6280 | 4.51 |

A check in the amount of $5.78 representing said funds in payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 22nd day of April, 2011.

PHILIP G. JONES
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 22nd day of April, 2011:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

JAMES E. SLEMBOSKI
32 EAST 100 SOUTH
SUITE 203
P.O. BOX 1717
ST. GEORGE, UT  84770